# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Grand, David R. | U.S. District Court - Eastern District of Michigan | 08/05/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States District Court
200 E. Liberty, Suite 120
Ann Arbor, MI 48104

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President/President, Member of the Board of Directors | JARC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grand, David R. | 08/05/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | University of Michigan - Dearborn, Lecturer |
| 2. | 2014 | City of Ann Arbor, City Council Member |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank Visa | Credit Card (Unsecured, Fixed Rate Loan) | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grand, David R.** | 08/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INTC Common Stock | A | Dividend | J | T | | | | | |
| 2. Chase Bank Account | | None | J | T | | | | | |
| 3. CSCO Common Stock | A | Dividend | J | T | | | | | |
| 4. DAL Common Stock | | None | | | Sold | 01/08/14 | J | A | |
| 5. EBAY Common Stock | | None | J | T | | | | | |
| 6. ELOS Common Stock | | None | J | T | Buy (add'l) | 04/15/14 | J | | |
| 7. FITB Common Stock | A | Dividend | J | T | | | | | |
| 8. HMC Common Stock | A | Dividend | J | T | | | | | |
| 9. MSFT Common Stock | A | Dividend | J | T | Sold (part) | 11/14/14 | J | C | |
| 10. MSI Common Stock | A | Dividend | J | T | | | | | |
| 11. QCOM Common Stock | A | Dividend | J | T | | | | | |
| 12. BBRY Common Stock (NASDAQ symbol changed from RIMM) | | None | J | T | | | | | |
| 13. Fidelity Advisor Large Cap C Fund | A | Distribution | J | T | | | | | |
| 14. AMAT Common Stock | A | Dividend | J | T | | | | | |
| 15. SNE Common Stock | A | Dividend | J | T | | | | | |
| 16. ETRADE Account | A | Interest | J | T | | | | | |
| 17. American Express Account | A | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. U.S. Savings Bonds | | None | J | T | | | | | |
| 19. New York Life Whole Life Ins. Policy | | None | J | T | | | | | |
| 20. MESP (529 Plan) - Global Equity Index Option | | None | L | T | | | | | |
| 21. MESP (529 Plan) - Moderate Age-Based Option | | None | K | T | | | | | |
| 22. MESP (529 Plan) - Principal Plus Interest Option | | None | J | T | | | | | |
| 23. MESP (529 Plan) Aggressive Age-Based Option | | None | J | T | | | | | |
| 24. MESP (529 Plan) Moderate Age-Based Option | | None | J | T | | | | | |
| 25. MESP (529 Plan) Fixed Income Option | | None | J | T | | | | | |
| 26. Comerica Bank Account | | None | J | T | | | | | |
| 27. Fidelity Contra Fund | C | Distribution | L | T | | | | | |
| 28. Vanguard Small Cap Value Index Inv. Fund | A | Distribution | L | T | | | | | |
| 29. Vanguard Target Retirement 2035 Inv. Fund | A | Distribution | K | T | | | | | |
| 30. Vanguard Value Index Fund | A | Distribution | J | T | | | | | |
| 31. Oppenheimer Developing Markets Y Fund | A | Distribution | J | T | | | | | |
| 32. Retirement Savings Trust (previously Wells Fargo Stable Value Fund) | A | Dividend | K | T | | | | | |
| 33. TIAA CREF Growth Fund | | None | J | T | | | | | |
| 34. CYNO Common Stock | | None | J | T | Buy (add'l) | 04/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grand, David R. | 08/05/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investments and Trusts - Lines 27-32 - The investments listed on Lines 27-32 of Part VII are held as part of a 401(k) account established by Miller, Canfield, Paddock & Stone, PLC.

Part VII - Investments and Trusts - Line 32 - The name change from 2013 is due to a 12/1/2014 plan-initiated transfer of all plan assets from the Wells Fargo Stable Value Fund into the Retirement Savings Fund.

Part VII - Investments and Trusts - Line 34 - This transaction is reported as an acquisition of "additional" CYNO shares because the "sale" of PMTI shares listed on Line 2 of my 2013 Annual Report was actually a conversion of those PMTI shares into CYNO shares as a result of CYNO's acquisition of PMTI. The value code listed reflects all CYNO shares owned as of 12/31/2014.

| Name of Person Reporting | Date of Report |
|---|---|
| Grand, David R. | 08/05/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David R. Grand**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544